Date signed January 24, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | : | |
| LaShawn Shyneak Davis | : | Case no. 06-11604-PM |
| | | Chapter 7 |
| | : | |
| Debtor. | | |

### MEMORANDUM OF DECISION

Caroline Leake filed a Motion to Reopen Chapter 7 Case on December 12, 2006. No response was filed. A hearing was held on the motion on January 24, 2007. For the reasons stated below, the motion will be denied.

This case was filed under Chapter 7 on March 23, 2006. The June 28, 2006 order discharging debtor only served to discharge debts accrued prior to the date of the filing of the petition, and did not operate to discharge debts accrued after the date of filing of the case, such as any obligation for occupancy of the movant's premises. 11 U.S.C. § 727(b) provides: "Except as provided in section 523 of this title, a discharge under subsection (a) of this section discharges the debtor from all debts that arose before the date of the order for relief under this chapter . . . ."

A separate order denying the motion will be entered concurrently with this memorandum.

cc:     Debtor
          Debtor's counsel
          Caroline Leake
          Chapter 7 Trustee

**End of Memorandum**